UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Information No. **CR417 131** |
| | ) | |
| v. | ) | VIO: O.C.G.A. §§ 40-6-1 and 40-6-181 |
| | ) | U.S.C. §§ 7 and 13 |
| NATHANIEL A. SPOTTED HORSE | ) | Speeding |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

On or about October 29, 2016, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**NATHANIEL A. SPOTTED HORSE**

did unlawfully drive a motor vehicle at an approximate speed of 67 miles per hour in a 40 mile per hour zone, in violation of Title 18, United States Code, Sections 7 and 13, and Official Code of Georgia Annotated, Sections 40-6-1 and 40-6-181.

JAMES D. DURHAM
ACTING UNITED STATES ATTORNEY

Matthew A. Josephson
Assistant U.S. Attorney

Elizabeth G. Smitham
Special Assistant U.S. Attorney
Texas Bar No. 24090399