FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUL 26  AM 9: 21

CLERK_____
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INFORMATION** |
| | ) | CR 417-131 |
| NATHANIEL A. SPOTTED HORSE | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

The Government's motion to dismiss the foregoing Information without

prejudice is GRANTED.

SO ORDERED, this 26th day of _July_____, 2018.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA